IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN GOLDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | 8:19-CV-219<br><br>JUDGMENT |

  Pursuant to the parties' joint Stipulation for Dismissal with Prejudice (filing 44), this case is dismissed with prejudice, each party to pay their own costs and attorney's fees.

  Dated this 23rd day of September, 2020.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge